

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2023

No. 04-23-00200-CR

**IN RE** Pablo Andres **VELAZQUEZ-MANCERA**

Original Proceeding[1]

**ORDER**

On March 6, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted in part on March 8, 2023.

After considering the petition, real party in interest's response, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the complaint raised in relator's petition for writ of mandamus that the trial court failed to rule on his application for writ of habeas corpus is **DISMISSED** as moot. The complaint raised in relator's petition for writ of mandamus that the trial court failed to rule on his motion to urge is **DENIED WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 8, 2023 is **LIFTED**.

It is so **ORDERED** on April 26, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 12737CR, styled *State of Texas v. Pablo Andres Velazquez-Mancera*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth and the Honorable Susan D. Reed presiding.